UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JEROME CAMPBELL, on behalf of itself and  :
all others similarly situated,

                 :

           Plaintiff,                   19 Civ. 10373 (UA)

                   :

v.

                   :

IROBOT CORPORATION, COLIN M.
ANGLE, and ALISON DEAN,          :

           Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: _____ |

## STIPULATION AND [PROPOSED] ORDER TO
## TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404(A)

Plaintiff Jerome Campbell and Defendants iRobot Corporation, Colin M. Angle and

Alison Dean, (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and

through their undersigned counsel, hereby stipulate and agree as follows and jointly request that

the Court enter the below Order approving this Stipulation:

WHEREAS, on November 7, 2019, Plaintiff filed the above-captioned securities fraud

class action asserting claims under Section 10(b) and 20(a) of the Securities Exchange Act of

1934, 15 U.S.C. § 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder (the "Complaint;"

ECF No. 1);

WHEREAS the Parties have conferred and agree that this case should be transferred to

the District of Massachusetts for at least the following reasons:

    1. The individual Defendants reside and/or work in Massachusetts, and iRobot

        Corporation is a Delaware corporation with its corporate headquarters in Bedford,

        Massachusetts;

2.  the above-captioned action might have been brought in the District of
    Massachusetts under 28 U.S.C. § 1391(b)(1); and

3.  the Parties agree that transferring this case to the District of Massachusetts is in
    the interest of the convenience of Parties and witnesses, likely most of whom are
    located in Massachusetts. Moreover, transfer to the District of Massachusetts is
    consistent with the efficient use of judicial resources, as the District of
    Massachusetts has a lower caseload per judgeship than the Southern District of
    New York (as of March 31, 2019, the Southern District of New York had a
    caseload of approximately 680 cases per judgeship, while the District of
    Massachusetts had a caseload of approximately 400 cases per judgeship). *See*
    Federal Court Management Statistics -- Profiles (Mar. 31, 2019), *available at*
    https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0331.
    2019.pdf;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully
requested, by and among the undersigned counsel for the respective Parties, subject to approval
of the Court, that pursuant to 28 U.S.C. § 1404, the above-captioned matter be transferred to the
District of Massachusetts.

2

Dated:   November 15, 2019
New York, New York

*Jeremy Lieberman* /with permission AGN

Jeremy A. Lieberman
J. Alexander Hood II
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
(646) 581-9966
jalieberman@pomlaw.com
ahood@pomlaw.com

Patrick V. Dahlstrom
POMERANTZ LLP
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
(312) 377-1181
pdahlstrom@pomlaw.com

Peretz Bronstein
BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, New York 10165
(212) 697-6484
peretz@bgandg.com

*Counsel for Plaintiff*
*Jerome Campbell*

Alexander C. Drylewski
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
alexander.drylewski@skadden.com

James R. Carroll (*pro hac vice* forthcoming)
Alisha Q. Nanda
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com

*Counsel for Defendants*
*iRobot Corporation, Colin M. Angle*
*and Alison Dean*

**IT IS SO ORDERED.**

Dated: _____ /2/4/ , 2019

UNITED STATES DISTRICT JUDGE

3